**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| KENDRICK L. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-CV-00198 HEA |
| | ) | |
| SAM TSCHERNING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Self-represented Plaintiff Kendrick Brown filed the instant action on August 27, 2026. [ECF No. 1]. However, he has submitted an unsigned and incomplete Application to Proceed in District Court Without Prepaying Fees or Costs.[1] [ECF No. 2]. Thus, the Court will deny Plaintiff's Application. He will be required to either pay the full $405 filing fee or file a new Application within 21 days of the date of this Order.

Plaintiff will also be required to submit an Amended Complaint on a Court-form as he has failed to sign his Complaint,[2] and he has also failed to fill in the "Statement of Claim" portion of his Complaint. *See* ECF No. 1 at 4. Plaintiff's "Statement of Claim" in his Complaint

---

[1] Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs does not state whether he is currently incarcerated. *See* ECF No. 2 at 1. Further, although Plaintiff states that he does not have any wages, he does not state how he supports himself. *Id.* Plaintiff has also failed to indicate whether he owns any items of value or estimate their approximate financial worth. *Id*. at 2. Plaintiff additionally fails to indicate how much money he expends on supporting "GSB," or where such money is derived from. Last, Plaintiff has listed a general number for his "financial obligations," but he fails to list each obligation separately and to whom the debt is payable. *Id.*

[2] *See* E.D. Mo. Local Rule 2.01(A)(1) ("All filings … shall contain the signature of the self-represented party or the party's attorney."); Fed. R. Civ. P. 11 (Every written motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention.").

states: "intentionally hiding facts from judge, conspiracy to violate rights." *Id*. This fragmented statement cannot provide Defendants notice of the claims against them in compliance with Federal Rule of Civil Procedure 8 and 10.

Plaintiff should bear in mind that his Amended Complaint will entirely replace the original, so he must include every claim he wishes to pursue in the amended pleading. *See, e.g., In re Wireless Telephone Federal Cost recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Any claims not included in Plaintiff's Amended Complaint will be deemed abandoned and will not be considered. *Id*. Plaintiff is further advised that allegations in his Amended Complaint may not be conclusory, meaning that Plaintiff must plead facts that show how each of the named Defendants are personally involved in, or directly responsible for, the alleged harm. If Plaintiff wishes to sue a Defendant in his or her individual capacity, Plaintiff must specifically say so in his Amended Complaint. If Plaintiff fails to file an Amended Complaint on the Court's form within 21 days and in compliance with the Court's instructions, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff an Application to Proceed in District Court Without Prepaying Fees or Costs form, as well as a Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff shall either pay the $405 filing fee or submit the Application to Proceed Without Prepaying Fees or Costs **within 21 days of the date of this Order.**

**IT IS FURTHER ORDERED** that **within 21 days of the date of this Order**, Plaintiff shall file an Amended Complaint on a Prisoner Civil Rights Complaint form. **Plaintiff's Amended Complaint must be signed.**

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 1st day of September, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE